

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| DELAINER RICHMOND | 13-13561-JDW |

### ORDER DEEMING SECTION 1322(b)(5) CLAIM CURRENT AND DEFAULTS ARE CURED

THIS MATTER came before the Court on Trustee's Motion to Deem Section 1322(b)(5) Claim Current and Defaults Cured after notice and an opportunity for response or objection. The Court finding that no timely responses or objections have been filed and that the Trustee's motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that Trustee's Motion to Deem Section 1322(b)(5) Claim Current and Defaults Cured shall be and is hereby granted.

IT IS FURTHER ORDERED, that the section 1322(b)(5) claim of Select Portfolio Servicing, Inc. as servicer for the Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-17 (Clm. #7) shall be and is

hereby deemed contractually current through October 2018 with all pre-petition defaults cured from disbursements made by the Trustee.

IT IS FURTHER ORDERED, that any post-petition mortgage fees, expenses, or charges which were not evidenced by a timely filed Notice of Postpetition Mortgage Fees, Expenses, and Charges, shall be and are hereby disallowed, dischargeable, and may not be collected by the Creditor.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com